```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

TRANE U.S., INC.                                                PLAINTIFF

V.                         No. 2:11-CV-02005

INTERNATIONAL UNION UNITED
AUTOMOBILE, AEROSPACE &
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA (UAW) LOCAL 716                                      DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

NOW on this 22nd day of March, 2011 comes on for consideration the parties' Joint Motion to Dismiss (Doc. 9).

IT APPEARING to the court that the parties have agreed to defer to the judgment of the arbitrator in their pending arbitration, counsel for all parties having so advised the court, the Joint Motion to Dismiss (Doc.9) is hereby GRANTED, and the Complaint herein is DISMISSED WITH PREJUDICE.

It is further ORDERED that each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED this 22nd day of March, 2011.

                                    /s/ Paul K. Holmes, III
                                    **Paul K. Holmes, III**
                                    **UNITED STATES DISTRICT JUDGE**